# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| BANDAS LAW FIRM PC, a Texas Professional Corporation and CHRISTOPHER BANDAS, § § § § Plaintiffs, § § v. § § LANDMARK AMERICAN INSURANCE § COMPANY, an Oklahoma corporation, § § Defendant. § | Case No. |

## **INDEX OF MATTERS BEING FILED**

1. Defendant's Notice of Removal;

2. Exhibit A – An index of documents that are being filed with this Notice

3. Exhibit B – A Copy of Plaintiff's Original Petition

4. Exhibit C – Citation for personal service

6. Exhibit D – State Court Docket Sheet

7. Exhibit E – A list of all counsel of record

8. Exhibit F – Notice of Filing of Notice of Removal (State Court Filing)

9. Exhibit G – Civil Cover Sheet