# EXHIBIT B

Filed
2/7/2017 3:25:09 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO. _____ 2017DCV-0540-B

| | | |
|---|---|---|
| **BANDAS LAW FIRM PC, a Texas** | § | **IN THE DISTRICT COURT** |
| **Professional Corporation and CHRISTOPHER** | § | |
| **BANDAS** | § | |
| | § | |
| *Plaintiffs,* | § | **\_\_\_\_ JUDICIAL DISTRICT** |
| | § | |
| **v.** | § | |
| | § | |
| **LANDMARK AMERICAN INSURANCE CO.** | § | |
| | § | **NUECES COUNTY, TEXAS** |
| *Defendant.* | § | |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, BANDAS LAW FIRM, PC, A Texas Professional Corporation and CHRISTOPHER BANDAS, hereinafter called Plaintiff, complaining of LANDMARK AMERICAN INSURANCE CO., hereinafter called Defendant, and for cause of action Plaintiff would respectfully show the Court the following:

### I.  PARTIES

1.      Plaintiff BANDAS LAW FIRM, PC is a Texas corporation that maintains its principal place of business at 500 N. Shoreline Blvd., Ste. 1020, Corpus Christi, Texas 78401.

2.      Plaintiff CHRISTOPHER BANDAS is an individual that resides in Corpus Christi, Nueces County, Texas.

3.      Defendant LANDMARK AMERICAN INSURANCE COMPANY ("Landmark") is an insurance company doing business in Nueces County, Texas that on information and belief maintains its home office and principal place of business at 945 East Paces Ferry Rd., Ste. 1800, Atlanta, Ga 30326.   Although Landmark conducts business in Texas through the sale of

insurance to Texas residents, it does not maintain a registered agent for service of process and may be served through the Texas Secretary of State.

## II.    CONDITIONS PRECEDENT

4.      All conditions precedent for recovery have been performed or have occurred.

## III.    JURISDICTION

5.      The claims in this suit are within the jurisdictional limits of this Court.

## IV.    VENUE

6.      Venue is proper under the TEXAS CIVIL PRACTICE & REMEDIES CODE § 15.002 as a substantial part of the events or omissions complained of occurred in Nueces County.   The insurance policy was purchased in Nueces County, the policy was negotiated in Nueces County, and the business covered by the policy maintains its place of business in Nueces County.

## V.    FACTS

7.      Plaintiff BANDAS LAW FIRM, PC purchased a Professional Liability Policy (Policy # LHR760431 from its insurance agent Swingle, Collins & Associates in Dallas, Texas. The policy was issued by Landmark.   The policy period was from November 3, 2016 to November 3, 2017.

8.      The Professional Liability Policy requires Landmark to provide a defense and indemnity for actions covered by the policy.   Instead of providing a defense pursuant to that policy, Landmark elected to interpose additional restrictions on the contract for insurance. Specifically, Landmark demanded that counsel representing Bandas and the Bandas Law Firm, PC abide by billing guidelines and substantially reduced hourly rates for defense counsel not contained within the policy of insurance.

## VI.    BREACH OF CONTRACT

9.    Defendant's conduct constitutes a breach of contract as Defendant has failed to comply with the terms and requirements of the policy, including both actual and anticipatory breaches of the terms of the policy in failing to provide for payment of defense costs, instead imposing limitations not found in the contract of insurance.

10.    Defendants' wrongful conduct was a producing cause of plaintiff's injury, which resulted in damages for loss of benefits under the policies within the jurisdictional limits of the court.

11.    Plaintiff seeks recovery of unliquidated damages within the jurisdictional limits of this court.

## VII.    DAMAGES

12.    Pursuant to Texas Rule of Civil Procedure 47, Plaintiffs seeks monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees.    Additionally, as a statement more specific than required by Rule 47 Plaintiffs seek damages in an amount less than $75,000.

## VIII.   JURY DEMAND

13.    Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

## IX.    REQUEST FOR DISCLOSURES

14.    Under Texas Rule of Civil Procedure Rules 192, 194, and 190.2(b)(6), plaintiff requests that defendants disclose, within 50 days of the service of this request, the information or material described in Rule 192, 194, and 190.2(b)(6).

## X.     PRAYER FOR RELIEF

15.    For the reasons set forth herein, Plaintiff asks that the court issue citation for Defendants to appear and answer, and that Plaintiff be awarded a judgment against Defendant for the following:

a.   Actual damages;

b.   Pre-judgment and post-judgment interest;

c.   Court costs;

d.   Treble Damages and penalties;

e.   Attorneys' fees;

f.   Declaration that Defendants have a duty to defend Plaintiff in the underlying lawsuit; and

g.   All other relief to which plaintiff is entitled.


Respectfully submitted,


/s/ Eric Stewart
ERIC STEWART
SBN: 24058133
estewart@husemanstewart.com
JOHN SWALLOW
SBN: 24085611
jswallow@husemanstewart.com

**HUSEMAN & STEWART, PLLC**
615 N. Upper Broadway, Suite 2000
Corpus Christi, TX 78401-0781
Tel:     (361) 883-3563
Fax:     (361) 883-0210

Filed
2/7/2017 3:25:09 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* ___2017DCV-0540-B___          COURT *(FOR CLERK USE ONLY):* _____

STYLED _Bandas Law Firm, PC a Texas Professional Corporation & Christopher Bandas v. Landmark American Insurance Co._
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|

Name: Eric Stewart

Email: estewart@husemanstewart.com

Address: 615 N Upper Broadway, #2000

Telephone: 361-883-3563

City/State/Zip: Corpus Christi, TX 78401

Fax: 361-883-0210

Signature:

State Bar No: 24058133

Plaintiff(s)/Petitioner(s):
Bandas Law Firm, PC
Christopher Bandas

Defendant(s)/Respondent(s):
Landmark American Insurance Co.

(Attach additional page as necessary to list all parties)

Person or entity completing sheet is:
☒ Attorney for Plaintiff/Petitioner
☐ Pro Se Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other:

Additional Parties in Child Support Case:

Custodial Parent:

Non-Custodial Parent:

Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case *(select only 1):*

### Civil

**Contract**

*Debt/Contract*
☐ Consumer/DTPA
☐ Debt/Contract
☐ Fraud/Misrepresentation
☒ Other Debt/Contract:
  Insurance contract
*Foreclosure*
☐ Home Equity—Expedited
☐ Other Foreclosure
☐ Franchise
☐ Insurance
☐ Landlord/Tenant
☐ Non-Competition
☐ Partnership
☐ Other Contract:

**Injury or Damage**

☐ Assault/Battery
☐ Construction
☐ Defamation
*Malpractice*
  ☐ Accounting
  ☐ Legal
  ☐ Medical
  ☐ Other Professional
    Liability:

☐ Motor Vehicle Accident
☐ Premises
*Product Liability*
  ☐ Asbestos/Silica
  ☐ Other Product Liability
    List Product:

☐ Other Injury or Damage:

**Real Property**

☐ Eminent Domain/
  Condemnation
☐ Partition
☐ Quiet Title
☐ Trespass to Try Title
☐ Other Property:

**Related to Criminal Matters**

☐ Expunction
☐ Judgment Nisi
☐ Non-Disclosure
☐ Seizure/Forfeiture
☐ Writ of Habeas Corpus—
  Pre-indictment
☐ Other:

### Family Law

**Post-judgment Actions (non-Title IV-D)**

☐ Enforcement
☐ Modification—Custody
☐ Modification—Other

**Title IV-D**

☐ Enforcement/Modification
☐ Paternity
☐ Reciprocals (UIFSA)
☐ Support Order

**Marriage Relationship**

☐ Annulment
☐ Declare Marriage Void
*Divorce*
  ☐ With Children
  ☐ No Children

**Other Family Law**

☐ Enforce Foreign
  Judgment
☐ Habeas Corpus
☐ Name Change
☐ Protective Order
☐ Removal of Disabilities
  of Minority
☐ Other:

**Parent-Child Relationship**

☐ Adoption/Adoption with
  Termination
☐ Child Protection
☐ Child Support
☐ Custody or Visitation
☐ Gestational Parenting
☐ Grandparent Access
☐ Parentage/Paternity
☐ Termination of Parental
  Rights
☐ Other Parent-Child:

**Employment**

☐ Discrimination
☐ Retaliation
☐ Termination
☐ Workers' Compensation
☐ Other Employment:

**Other Civil**

☐ Administrative Appeal
☐ Antitrust/Unfair
  Competition
☐ Code Violations
☐ Foreign Judgment
☐ Intellectual Property

☐ Lawyer Discipline
☐ Perpetuate Testimony
☐ Securities/Stock
☐ Tortious Interference
☐ Other:

**Tax**

☐ Tax Appraisal
☐ Tax Delinquency
☐ Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
☐ Dependent Administration
☐ Independent Administration
☐ Other Estate Proceedings

☐ Guardianship—Adult
☐ Guardianship—Minor
☐ Mental Health
☐ Other:

## 3. Indicate procedure or remedy, if applicable *(may select more than 1):*

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action

☐ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ License
☐ Mandamus
☒ Post-judgment

☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover

## 4. Indicate damages sought *(do not select if it is a family law case):*

☒ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13

CERTIFIED MAIL

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE

neopost
02/22/2017
US POSTAGE $005.47°

FIRST-CLASS MAIL

ZIP 78701
041L11253153