# EXHIBIT D

# REGISTER OF ACTIONS
## CASE NO. 2017DCV-0540-B

| | | |
|---|---|---|
| Bandas Law Firm, PC, Christopher Bandas vs. Landmark American Insurance Co. | § § § § § | Case Type: **Contract - Other**<br>Date Filed: **02/07/2017**<br>Location: **117th District Court** |

### PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| Defendant | Landmark American Insurance Co. | |
| Plaintiff | Bandas Law Firm, PC | Eric S. Stewart<br>*Retained*<br>361-883-3563(W) |
| | | John P Swallow<br>*Retained*<br>361-883-3563(W) |
| Plaintiff | Bandas, Christopher | Eric S. Stewart<br>*Retained*<br>361-883-3563(W) |
| | | John P Swallow<br>*Retained*<br>361-883-3563(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | | |
|---|---|---|---|---|
| 02/07/2017 | Original Petition (OCA) | | | |
| 02/07/2017 | Original Petition Documents E-filed<br>*Plaintiff's Original Petitioin* | | | |
| 02/07/2017 | Civil Case Information Sheet | | | |
| 02/07/2017 | Service Request Information Sheet<br>*Service Requested* | | | |
| 02/07/2017 | Jury Fee Paid | | | |
| 02/10/2017 | Citation - Secretary of State<br>Landmark American Insurance Co. | Served<br>Response Due<br>Returned | 02/27/2017<br>03/27/2017<br>03/06/2017 | |
| 03/03/2017 | Proof of Service<br>*Secretary of State Citation - Landmark American Insurance Co.* | | | |

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | Plaintiff Bandas Law Firm, PC<br>Total Financial Assessment<br>Total Payments and Credits<br>**Balance Due as of 03/10/2017** | | | 318.00<br>318.00<br>**0.00** |
| 02/07/2017 | Transaction Assessment | | | 318.00 |
| 02/07/2017 | E-file Payment | Receipt # 2017-2385-DCCLK | Bandas Law Firm, PC | (318.00) |