UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:17-cv-00095 |
|---|---|---|---|

Bandas Law Firm, P.C. et al

*versus*

Landmark American Insurance Company

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Ross M. Good<br>3701 Algonquin Rd., Suite 500<br>847-368-1500<br>rgood@andersonwanca.com<br>Illinois Bar # 6312916 |
|---|---|

| Name of party applicant seeks to appear for: | Pro Se |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No  ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/11/2017 | Signed: [signature] |
|---|---|

The state bar reports that the applicant's status is:

Dated:          Clerk's signature

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                          United States District Judge