Case 2:17-cv-00095   Document 48   Filed in TXSD on 01/17/18   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BANDAS LAW FIRM, P.C., *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-095 |
| | § | |
| LANDMARK AMERICAN INSURANCE COMPANY, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

Pursuant to the Court's Sealed Order on Cross-Motions for Summary Judgment (D.E. 47), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 17th day of January, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE